IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JOSEPH HANRAHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BLANK ROME LLP | : | NO. 14-6562 |

**ORDER**

AND NOW, this 26th day of November, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and *pro se* complaint it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Clerk of Court shall file the complaint and issue a summons.

3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and the complaint upon the defendant at no cost to the plaintiff.

BY THE COURT:

_____
WILLIAM H. YOHN, JR., J.