### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM JOSEPH HANRAHAN

        *Plaintiff*,

    v.

BLANK ROME LLP,

        *Defendant*.

CIVIL ACTION
NO. 14-06562


### ORDER

**AND NOW**, this 2ⁿᵈ day of October, 2015, upon consideration of the Motion of

Defendant Blank Rome LLP to Dismiss Plaintiff's First Amended Complaint (ECF No. 11), it is

hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's First Amended Complaint

(ECF No. 8) is **DISMISSED** with prejudice.


        BY THE COURT:


        */s/ Gerald J. Pappert*
        GERALD J. PAPPERT, J.